IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>OMAR SANCHEZ-PEREZ<br>Defendant | CRIMINAL 12-0308CCC |

**ORDER**

Having considered the Report and Recommendation filed on October 22, 2012 (**docket entry 37**) on a Rule 11 proceeding of defendant Omar Sánchez-Pérez held before U.S. Magistrate Judge Marcos E. López on October 11, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 11, 2012. The **sentencing hearing is set for January 30, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 15, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge